LAW OFFICES OF JAMES E. McGLAMERY
JAMES E. McGLAMERY, ESQ. (State Bar No. 099433)
jamesmcglamery@yahoo.com
555 Capitol Mall, Suite 600
Sacramento, California 95814
Telephone:    (916) 446-6235
Facsimile:    (916) 446-6218

LAW OFFICES OF KELLEY STIMPEL MARTINEZ
KELLEY STIMPEL MARTINEZ, ESQ. (State Bar No. 099433)
555 Capitol Mall, Suite 600
Sacramento, California 95814
Tel: 916-448-2121
Fax: 916-448-2929

Attorneys for Plaintiff
SERGIO PULIDO

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
glafayette@lkclaw.com
DIANE KONG (State Bar No. 136367)
dkong@lkclaw.com
TYREEN G. TORNER (State Bar No. 249980)
ttorner@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERGIO PULIDO,<br><br>          Plaintiff<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC., AND DOES 1 THROUGH 10, inclusive,<br><br>          Defendants. | Case No. 1:07-CV-01784-OWW-GSA<br><br>**STIPULATION AND ORDER TO TAKE OFF CALENDAR SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 18, 2008** |

**STIPULATION**

WHEREAS, a Settlement Conference is scheduled for September 18, 2008, at 10:30 a.m. in Courtroom 10 before the Honorable Gary S. Austin, United States Magistrate Judge; and

WHEREAS, counsel for the parties have scheduled private mediation for October 20, 2008;

IT IS HEREBY AGREED by and between plaintiff and defendant through their attorneys of record herein that the Settlement Conference currently scheduled for September 18, 2008, at 10:30 a.m., be taken off calendar.

DATED: 08/07/08                           /s/ James E. McGlamery *
                                          JAMES E. McGLAMERY
                                          Attorney for Plaintiff

DATED: 08/08/08                           /s/ Tyreen G. Torner *
                                          TYREEN G. TORNER
                                          Attorneys for Defendant

**ORDER**

The foregoing stipulation having been considered and good cause appearing,

IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for September 18, 2008, at 10:30 a.m., be taken off calendar. Counsel is advised that they shall contact the courtroom deputy if a settlement conference will be requested at a later date.

IT IS SO ORDERED.

DATED: 08/12/08                           /s/ Gary S. Austin
                                          Gary S. Austin
                                          United States Magistrate Judge

* Electronic signatures were added to reflect original signatures on the stipulation filed by the parties on August 8, 2008. (Doc. 17).

\Kraf\Puli\Pldg\Stip Take Sett Conf Off Calendar.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

PDF created with pdfFactory trial version www.pdffactory.com