1  JAMES E. MCGLAMERY SB# 099433
   LAW OFFICES OF JAMES E. MCGLAMERY
2  455 Capitol Mall, Suite 350
   Sacramento, California 94814
3  Telephone:  (916) 446-6235
   Facsimile:   (916) 446-6218
4
   Attorney for Plaintiff
5  SERGIO PULIDO

**FILED**

SEP 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERGIO PULIDO, | Case No. 1:07-CV-01784-OWW-GSA |
| Plaintiff | |
| vs. | STIPULATION OF DISMISSAL (FRCP 41(A)(1) |
| KRAFT FOODS GLOBAL, INC. and DOES 1 THROUGH 10, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this action is to be DISMISSED with prejudice. Each side is to bear their own fees and costs.

Dated: April 13, 2009        LAW OFFICES OF JAMES E. MCGLAMERY

                             /s/ James E. McGlamery
                             JAMES E. MCGLAMERY
                             Attorney for Plaintiff, Sergio Pulido

1

| | |
|---|---|
| Dated: April 15, 2009 | LAFAYETTE & KUMAGAI |
| | |
| | TYREEN G. TORNER |
| | Attorney for Defendant, Kraft Foods Global, Inc. |

It is so Ordered. Dated: 9-30-09

_____
United States District Judge

2